# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:18-cv-00586** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **NEIL P. SUNDAY,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, on this 27th day of June 2019, default having been entered against

Defendant Neil P. Sunday ("Defendant"), and upon consideration of Plaintiff the United States

of America ("Plaintiff")'s motion for default judgment (Doc. No. 12) and the supporting

documents filed therewith, **IT IS ORDERED THAT**:

1. Plaintiff's motion for default judgment (Doc. No. 12) is **GRANTED**;

2. Judgment is entered in favor of Plaintiff, on behalf of its agency, the Department of Education, and against Defendant in the amount of $66,393.31. The judgment is to accrue interest at the current legal rate, compounded annually until paid in full; and

3. The Clerk is directed to **CLOSE** the above-captioned action.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania